# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00240-CV

**In re Lisa Laser USA, Inc. and Lisa Laser Products, OHG.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

We grant the real party in interest's motion to strike, and we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.3, 52.7, 52.8(a). The stay order issued April 30, 2009, is lifted.

_____

Jan P. Patterson, Justice

Before Chief Justice Jones, Justices Patterson and Henson

Filed:  May 15, 2009